

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:             01-12-00702-CV

Trial Court Cause
Number:                   1048586

Style:                    Ellen Sedita

                          **v**  Unilev Management Corp, Unilev Capital Corp, Merit Parking Company, LTD. and Royal Sweeping and Paving, LLC

Date motion filed[*]:     March 6, 2013

Type of motion:           Motion for Extension of Time to File Appellant's Reply Brief

Party filing motion:      Appellant, Ellen Sedita

Document to be filed:     Appellant's Reply Brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:
    Date Requested:                    March 26, 2013

Ordered that motion is:

    ☒    Granted

        If document is to be filed, document due:  March 26, 2013

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature:  /s/ Terry Jennings
        ☒ Acting individually     ☐ Acting for the Court

Panel consists of  _____

Date: March 11, 2013